*JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUART A. LINDER, M.D., et al., | Case No.  CV 13-7123-GW(ASx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| CYNOSURE, INC., et al., | |
| Defendants. | |

Based upon the Notice of Voluntary Dismissal [7],  it is hereby ORDERED that this action is hereby dismissed without prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 7, 2013                    BY THE COURT

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE